## No. 28,829.

JAMES D. CONLON, *Appellant* and *Cross Appellee,* v. EDWARD IVERSON et al., *Appellees* and *Cross Appellants.*

(275 Pac. 381.)

Opinion filed March 12, 1929.

*Charles J. Conlon,* of Atchison, for the appellant.

*Lawrence F. Day* and *Maurice O'Keefe,* both of Atchison, for the appellees.

*Per Curiam:* The questions presented for decision in this appeal are similar to some that were involved and determined in *Breedlove v. Wyandotte County Comm'rs,* ante, p. 754, and upon the authority of that case the judgment herein is affirmed.